IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RHONDA RADER,** | : |
| Plaintiff, | : |
| v. | :    CIVIL ACTION NO. 11-0669-CG-N |
| **ACE TITLE LOAN, INC.,** | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 3, 2012 (Doc. 35) is **ADOPTED** as the opinion of this Court.   Defendant's motion to (Doc. 10) is hereby **GRANTED**, and this action is **DISMISSED** with prejudice.

**DONE and ORDERED** this 24th day of October, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE