IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RHONDA RADER,** | : |
| Plaintiff, | : |
| v. | :   CIVIL ACTION NO. 11-0669-CG-N |
| **ACE TITLE LOAN, INC.,** | : |
| Defendant. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that the defendant's motion to dismiss (Doc. 10) be and the same hereby is **GRANTED** and this action is hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 24th day of October, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE